Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>              Plaintiff,<br><br>      vs.<br><br>MITCHELL JONASKY,<br><br>              Defendant.<br>_____ | CASE: 6:10-mj-00019-YNP<br><br>STIPULATION TO VACATE TRIAL DATE AND SCHEDULE NEW TRIAL DATE; AND<br> ORDER THEREON<br><br>Court: U.S. Magistrate<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Mitchell Jonasky, and his attorney of record, Jeremy Kroger, that the date for the Bench Trial in the above-captioned matter set for August 4, 2010, at 10:00 a.m., be vacated, and the matter be set for trial on September 1, 2010, at 10:00 a.m.

Dated: July 7, 2010           By: /s/ Susan St. Vincent
                                                    SUSAN ST. VINCENT
                                                    Acting Legal Officer for
                                                    National Park Service

Dated: July 7, 2010           By: /s/ Jeremy Kroger
                                                    JEREMY KROGER
                                                    Attorney for Defendant
                                                    MITCHELL JONASKY

* * * ORDER * * *

The Court, having reviewed the above request to vacate the trial date, now set for August 4, 2010, and to set a trial for September 1, 2010,

HEREBY ORDERS AS FOLLOWS:

1) The Trial date set for August 4, 2010, is vacated..

2) The matter is now set for trial on September 1, 2010, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   July 8, 2010                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE