Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>MITCHELL JONASKY,  )<br>  )<br>Defendant.  )<br>_____  ) | CASE: 6:10-mj-00019-YNP<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE TRIAL DATE; AND ORDER THEREON<br><br>Court: U.S. Magistrate<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Mitchell Jonasky, and his attorney of record, Jeremy Kroger, that the status conference in the above-captioned matter set for January 11, 2011, at 10:00 a.m., be vacated, and the matter be set for trial on March 23, 2011, at 10:00 a.m.

Dated: January 10, 2011                By: /s/ Susan St. Vincent
                                          SUSAN ST. VINCENT
                                          Acting Legal Officer for
                                          National Park Service

Dated: January 10, 2011                By: /s/ Jeremy Kroger
                                          JEREMY KROGER
                                          Attorney for Defendant
                                          MITCHELL JONASKY

* * * ORDER * * *

The Court, having reviewed the above request to vacate the status conference, now set for January 11, 2011, and to set a trial for March 23, 2011,

HEREBY ORDERS AS FOLLOWS:

1) The status conference currently set for January 11, 2011, is vacated..

2) The matter is now set for trial on March 23, 2011, at 10:00 a.m.

3) **TRIAL CONFIRMATION HEARING** will be held March 1, 2011, 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 11, 2011         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE