DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MITCHELL JONASKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:10-mj-00019 MJS |
| Plaintiff, | STIPULATION TO CONTINUE BENCH TRIAL AND ORDER THEREON |
| v. | Date: March 30, 2011 |
| MITCHELL JONASKY, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED by and between SUSAN ST. VINCENT, Acting Legal Officer for the National Park Service, and Defendant, MITCHELL JONASKY, and his attorney of record, JEREMY S. KROGER, that the Bench Trial in the above-captioned matter currently scheduled for March 23, 2011, be continued until March 30, 2011, at 10:00 a.m.

The parties make this request to accommodate witnesses' schedules.

///
///
///
///
///
///

|   |   |
|---|---|
|   | NATIONAL PARK SERVICE<br>Law Enforcement Office |
| DATED: March 17, 2011 | By: /s/ Susan St. Vincent<br>SUSAN ST. VINCENT |
|   |   |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: March 17, 2011 | By: /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>MITCHELL JONASKY |

* * * ORDER * * *

The Court, having reviewed the above request for continuance of trial currently set for March 23, 2011 until March 30, 2011, HEREBY ORDERS AS FOLLOWS:

The Bench Trial in the matter of *U.S. v. Mitchell Jonasky*, shall be continued to March 30, 2011, at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated:   March 18, 2011           /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE