```
Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, | CASE: 6:10-mj-00019-YNP |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFS; AND ORDER THEREON |
| MITCHELL JONASKY, | |
| Defendant. | Court: U.S. Magistrate<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Mitchell Jonasky, and his attorney of record, Jeremy Kroger, that the timeline for filing supplemental briefs in the above-captioned matter be extended. Both parties would like the additional time to allow for the trial record to be transcribed and available. The parties understand the recording has been requested from the Court by the transcription service and are hopeful the transcripts would be available by May 11, 2011. Therefore, the parties are requesting a timeline as follows: The government will submit a brief on May 18, 2011; the defendant will submit a brief/reply on June 1, 2011.

Dated: April 19, 2011              By: /s/ Susan St. Vincent
                                       SUSAN ST. VINCENT
                                       Acting Legal Officer for
                                       National Park Service

Dated: April 19, 2011              By: /s/ Jeremy Kroger
                                       JEREMY KROGER
                                       Attorney for Defendant
                                       MITCHELL JONASKY

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to extend the timeline for filing supplemental briefs to allow for transcription of the trial record,

HEREBY ORDERS AS FOLLOWS:

1) The Government's brief is due May 18, 2011.

2) The Defendant's brief is due June 1, 2011.

IT IS SO ORDERED.

Dated:   April 20, 2011                          /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE