1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California  95389
4  Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE: 6:10-mj-00019-YNP |
| Plaintiff,  ) | SECOND STIPULATION TO EXTEND |
| vs.  ) | TIME TO FILE SUPPLEMENTAL BRIEFS; AND |
| MITCHELL JONASKY,  ) | ORDER THEREON |
| Defendant.  ) | Court: U.S. Magistrate |
| ) | Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Mitchell Jonasky, and his attorney of record, Jeremy Kroger, that the timeline for filing supplemental briefs in the above-captioned matter be extended.  Both parties previously requested and were granted additional time submit briefs in order to allow for the trial record to be transcribed and available.  The parties have recently been informed that due to illness the transcription is not yet completed.   Therefore, the parties request a further continuance as follows:  The government will submit a brief on June 1, 2011; the defendant will submit a brief/reply on June 15, 2011.

Dated: May 11, 2011       By: /s/ Susan St. Vincent
                              SUSAN ST. VINCENT
                              Acting Legal Officer for
                              National Park Service

Dated: May 11, 2011       By: /s/ Jeremy Kroger
                              JEREMY KROGER
                              Attorney for Defendant
                              MITCHELL JONASKY

* * * ORDER * * *

The Court, having reviewed the above request to extend the time for filing supplemental briefs to allow for transcription of the trial record,

HEREBY ORDERS AS FOLLOWS:

1) The Government's brief is due June 1, 2011.

2) The Defendant's brief is due June 15, 2011.

3) Status Conference set for June 7, 2011 at 10:00 AM is continued to June 28, 2011.

IT IS SO ORDERED.

Dated:   May 11, 2011                      /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE